IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANDREA DUHREAL FLAGG,      )
                           )
        Plaintiff,         )
                           )
    v.                     )      CASE NO. 1:21-CV-772-WHA-SMD
                           )
HOUSTON CNTY. SHERIFF'S     )
DEP'T, *et al.*,           )
                           )
        Defendants.        )

## O R D E R

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 13, 2022. Doc. 12. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to pay the initial partial filing fee. *Id.* Plaintiff's objections were due by May 27, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice. All pending motions are DENIED AS MOOT.

Final Judgment will be entered separately.

Done, this 3rd day of June, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE